# JacksonLewis

Jackson Lewis P.C.
44 South Broadway, 14th Floor
White Plains NY  10601
(914) 872-8060 Main
(914) 946-1216 Fax
jacksonlewis.com

November 14, 2025

<u>VIA ECF</u>

Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/2025

Re:   *Cement Masons Local 780 Pension Fund et al v. Sullivan Construction Group, LLC*
<u>Case No. 1:25-cv-07957-MKV</u>

Dear Judge Vyskocil:

      This firm represents Defendant Sullivan Construction Group, LLC, in the above referenced matter. This letter is written pursuant to Rule 2(G) of Your Honor's Individual Rules & Practices in Civil Cases, to request Plaintiffs be permitted to withdraw their pending motion for a sum certain default judgment submitted to the Clerk of the Court (ECF No. 15), the vacating of the Certificate of Default (ECF No. 14), and for an extension of time to allow Defendant to answer, move against, or otherwise respond to the Complaint through and including December 19, 2025. This is the first request for an extension of time. Plaintiffs' counsel consents to this request. This request is made because the undersigned was only recently retained by Defendant for this matter and would like additional time to investigate the facts and claims while evaluating the most appropriate response. Further, Plaintiffs' counsel has consented to vacate the Default Judgment against Defendant, and a stipulation reflecting the Parties' agreement as to vacating the Default Judgment and extending the time to respond is filed together with this letter.

      Thank you for your consideration of this request.

      Respectfully submitted,

      JACKSON LEWIS P.C.

      */s/Thomas L. Petriccione*
      Thomas L. Petriccione
      Thomas P. McDonough
      914-872-6927
      Thomas.Petriccione@jacksonlewis.com

cc:    All counsel of record, Via ECF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

CEMENT MASONS LOCAL 780 PENSION
FUND ET AL,

                                  Plaintiffs,

-against-

SULLIVAN CONSTRUCTION GROUP,
LLC,

                                  Defendant.

-------------------------------------------------------------x

Case No.: 1:25-cv-07957-MKV

### STIPULATION TO VACATE DEFAULT JUDGMENT AND TO EXTEND DEFENDANT'S TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

It is hereby stipulated and agreed by and between Plaintiffs and Defendant, through their undersigned counsel who state that they have been authorized to enter into this Stipulation, that the Certificate of Default entered October 30, 2025 [Dkt. 14] against Defendant be vacated and the motion for a sum certain default judgment submitted to the Clerk of the Court [Dkt. 15] be deemed withdrawn. It is further hereby stipulated that the time for Defendant to answer, move, or otherwise respond to the Complaint shall be extended until, and including, December 19, 2025. Defendant further agrees to waive any defects in service of process.

Dated: November 14, 2025
        White Plains, New York

| **Brady McGuire & Steinberg, P.C.** | **JACKSON LEWIS P.C.** |
|---|---|
| */s/James M. Steinberg*_____ <br> James Steinberg, Esq. <br> 220 White Plains Road, Suite 390 <br> White Plains, NY 10591 <br> 914-478-4293 <br> james@bradymcguiresteinberg.com <br> *Attorneys for Plaintiffs* | */s/ Thomas L Petriccione*_____ <br> Thomas Petriccione, Esq. <br> 44 South Broadway, 14th Floor <br> White Plains, NY 10601 <br> 914-872-6927 <br><br> Thomas.Petriccione@jacksonlewis.com <br> *Attorneys for Defendant* |

**IT IS SO ORDERED** this \_\_\_\_ day of November, 2025

                                                            _____
                                                                  Hon. Mary Kay Vyskocil

Defendant's request is GRANTED.  The Clerk's certificate of default at ECF No. 14 is hereby vacated and Plaintiffs' motion for default judgment is deemed withdrawn.  Defendant shall answer or otherwise respond to the complaint on or before December 19, 2025.

The parties are on notice that failure to comply with court orders and the Federal Rules of Civil Procedure, the Local Rules, and this Court's Individual Rules of Practice in Civil Cases may result in sanctions, including: monetary sanctions on counsel and the parties; preclusion of claims, defenses, evidence, and motion practice; and the case-terminating sanctions of dismissal for failure to prosecute and default judgment.

The Clerk of Court is respectfully requested to terminate docket entries 15 and 19.

SO ORDERED.

Date: 11/17/2025
New York, New York

Mary Kay Vyskocil
United States District Judge