USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/9/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CEMENT MASONS' LOCAL 780 PENSION FUND, BY ITS BOARD OF TRUSTEES MICHAEL RENDINA, PASQUALINO D'ANGELO, EDDIE BARBARIA, MICHAEL SALGO, JOSEPH MITRIONE AND KEVIN O'BRIEN, ANNUITY AND WELFARE FUNDS OF THE NORTHEAST DISTRICT COUNCIL OF THE OPERATIVE PLASTERERS' AND CEMENT MASONS' INTERNATIONAL ASSOCIATION, BY THEIR BOARD OF TRUSTEES DALE ALLEYNE, MICHAEL RENDINA, EDDIE COMPLAINT BARBARIA, DAVID GENTILLE, PASQUALINO D'ANGELO, MICHAEL PATTI, MICHAEL SALGO, KEVIN O'BRIEN, JOSEPH MITRIONE and DAVID RAMPONE, APPRENTICESHIP FUND OF THE NORTHEAST DISTRICT COUNCIL OF THEOPERATIVE PLASTERERS' AND CEMENT MASONS' INTERNATIONAL ASSOCIATION BY ITS BOARD OF TRUSTEES DALE ALLEYNE, MICHAEL RENDINA, EDDIE BARBARIA, DAVID GENTILLE, MICHAEL PATTI, MICHAEL SALGO, KEVIN O'BRIEN and JOSEPH MITRIONE, LABOR MANAGEMENT COOPERATION FUND OF THE NORTHEAST DISTRICT COUNCIL OF THE OPERATIVE PLASTERERS' AND CEMENT MASONS' INTERNATIONAL ASSOCIATION BY ITS BOARD OF TRUSTEES DALE ALLEYNE, EDDIE BARBARIA, MICHAEL RENDINA, PASQUALINO D'ANGELO, MICHAEL PATTI, MICHAEL SALGO, KEVIN O'BRIEN and JOSEPH MITRIONE, and LOCAL 780 OF THE OPERATIVE PLASTERERS' AND CEMENT MASONS' INTERNATIONAL ASSOCIATION OF THE UNITED STATES AND CANADA, AFL-CIO by its BUSINESS MANAGER/FINANCIAL SECRETARY MICHAEL RENDINA,

Plaintiffs,

-against-

SULLIVAN CONSTRUCTION GROUP, LLC,

Defendant.

1:25-cv-07957-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the Initial Pretrial Conference scheduled for February 17, 2026 is ADJOURNED *sine die*.

**SO ORDERED.**

**Date:  February 9, 2026**
    **New York, NY**

_Mary Kay Vyskocil_

**MARY KAY VYSKOCIL**
**United States District Judge**

2