# BRADY McGUIRE & STEINBERG, P.C.

MATTHEW G. McGUIRE
**PARTNER**

JAMES M. STEINBERG
**PARTNER**

PATRICK J. McHUGH
**SENIOR COUNSEL**

MARGARET DYMES
**LEGAL ASSISTANT**

———

**CONNECTICUT OFFICE**
TELEPHONE (203) 403-2217

ATTORNEYS-AT-LAW

220 WHITE PLAINS ROAD

SUITE 390

TARRYTOWN, NEW YORK 10591

TELEPHONE (914) 478-4293

FACSIMILE (914) 478-4142

WWW.BRADYMCGUIRESTEINBERG.COM

Direct EMAIL james@bradymcguiresteinberg.com

ROBERT D. BRADY

**1932 - 2025**

**LONG ISLAND OFFICE**
600 Old Country Road, Suite 450
Garden City, New York 11530



@bmsunionlawyers

February 12, 2026

> Plaintiffs' request at Dkt. No. 34 is GRANTED and the Initial Case Management Conference scheduled for February 24, 2026 is ADJOURNED to **Monday, March 9, 2026 at 2:15 p.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.
>
> The Clerk of the Court is respectfully directed to close Dkt. No. 34.
>
> SO ORDERED     2/12/26     *[signature]*
> SARAH L. CAVE
> United States Magistrate Judge

<u>Via ECF Filing Only</u>

The Honorable Sarah L. Cave
United States District Court
500 Pearl Street
New York, New York 10007

   Re: Cement Masons' Local 780 Pension Fund *et*
      Sullivan Construction Group, LLC
      Civil Case No. 25-CV-7957 (SLC)

Dear Magistrate Judge Cave:

   Our office represents Plaintiffs Cement Masons' Local 780 Pension Fund, the Annuity, Welfare and Apprenticeship Funds of the Northeast District Council of the Operative Plasterers' and Cement Masons' International Association and Local 780 of the Operative Plasterers' and Cement Masons' International Association, AFL-CIO in connection with the above-referenced matter which is scheduled for an initial teleconference on February 24, 2026 at 12:00 p.m.  The purpose of this correspondence is to respectfully request that the initial teleconference be rescheduled since the undersigned will be attending a conference in Florida the week of February 23rd.  I have consulted with Defendant's counsel and they have no objection to this request.  The parties ask that if this letter motion is granted, Your Honor considers that they are unavailable on the following dates in March:  5th, 9th, 10th, 18th through 20th, for purposes of rescheduling the conference.

          Respectfully submitted,

          *James M. Steinberg*

          James M. Steinberg, Esq.

Cc: Thomas McDonough, Esq.
   Thomas L. Petriccone, Esq.