UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CEMENT MASONS LOCAL 78- PENSION FUND, <u>et al.</u>, <br><br> Plaintiffs, <br><br> -v- <br><br> SULLIVAN CONSTRUCTION GROUP, LLC, <br><br> Defendant. | CIVIL ACTION NO.: 25 Civ. 7957 (SLC) <br><br> **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiffs' request to adjourn the Initial Case Management Conference ("ICMC") at Dkt. No. 37.  The request is GRANTED and the ICMC is ADJOURNED to **Monday, April 13, 2026 at 12:30 p.m. ET** on the Court's Conference line.  The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.  At the ICMC, the parties must be prepared to discuss the subjects set forth in Fed. R. Civ. P. 16(b) and (c).

It is further ORDERED that counsel shall meet and confer in accordance with Fed. R. Civ. P. 26(f) no later than **21 days before** the ICMC.  No later than **one week (seven (7) calendar days) before** the conference, the parties shall file a Report of Rule 26(f) Meeting and Proposed Case Management Plan, via ECF, signed by counsel for each party.  A template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

To the extent the parties disagree about any portion of the Proposed Case Management Plan, they may set forth their respective proposals for the disputed provision, <u>without argument</u>.

Dated:  New York, New York
        March 5, 2026

                                        SO ORDERED.

                                        _____
                                        **SARAH L. CAVE**
                                        **United States Magistrate Judge**