UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CEMENT MASONS LOCAL 78- PENSION FUND, et al.,<br><br>Plaintiffs,<br><br>-v-<br><br>SULLIVAN CONSTRUCTION GROUP, LLC,<br><br>Defendant. | CIVIL ACTION NO.: 25 Civ. 7957 (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the parties' proposed case management plan, which the Court will adopt by separate Order.  (Dkt. No. 39).  The Initial Case Management Conference scheduled for April 13, 2026 is CANCELLED.  A telephonic conference to discuss the status of discovery is scheduled for **Thursday, June 11, 2026 at 11:00 a.m. ET** on the Court's Conference line.  The parties are directed to call: (855) 244-8681; access code: 2308 226 4654 at the scheduled time.

Dated:      New York, New York
            April 7, 2026

SO ORDERED.

SARAH L. CAVE
**United States Magistrate Judge**