UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CEMENT MASONS LOCAL 78- PENSION FUND, et al.,

Plaintiffs,

-v-

SULLIVAN CONSTRUCTION GROUP, LLC,

Defendant.

CIVIL ACTION NO.: 25 Civ. 7957 (SLC)

**ORDER**

---

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion at the telephone conference held June 11, 2026, at which the parties represented that they have reached a settlement in principle, the Court **ORDERS** as follows:

1. All discovery deadlines set forth in the Case Management Plan (Dkt. No. 41) are adjourned sine die.

2. By **Wednesday, July 8, 2026**, the parties shall file a joint status letter regarding the status of settlement and proposing a date for their next status letter.

Dated:    New York, New York
          June 11, 2026

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**