UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CEMENT MASONS' LOCAL 780 PENSION FUND, et al.,<br><br>Plaintiffs,<br><br>-v-<br><br>SULLIVAN CONSTRUCTION GROUP, LLC,<br><br>Defendant. | CIVIL ACTION NO.: 25 Civ. 7957 (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court having been advised (Dkt. No. 45) that all claims asserted in this action have been settled, it is ORDERED that the above-entitled action be and is hereby dismissed with prejudice and discontinued without costs, but without prejudice to the right to move to reopen the action within thirty days of the date of this Order if the settlement is not consummated.

To be clear, any application to reopen **must** be filed **within thirty days** of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court within the same thirty-day period to be "so ordered" by the Court.

Any pending motions are moot. All conferences are vacated. The Clerk of Court is respectfully directed to close the case.

Dated: New York, New York
August 10, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**